United States Court of Appeals
Fifth Circuit

# UNITED STATES OF APPEALS F I L E D

## FOR THE FIFTH CIRCUIT

May 18, 2005

Charles R. Fulbruge III
Clerk

---

No. 04-10810
Summary Calendar

---

D.C. Docket No. 4:03-CR-226-ALL-A

UNITED STATES OF AMERICA

        Plaintiff - Appellee

        v.

MICHAEL LAWRENCE MILLER

        Defendant - Appellant



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 13 2005
CLERK, U.S. DISTRICT COURT
By _____
           Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

### J U D G M E N T

    This cause was considered on the record on appeal and the
briefs on file.

    It is ordered and adjudged that the judgment of the District
Court is affirmed.

ISSUED AS MANDATE: JUN  9 2005

