UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILE NUMBER: 4:03-226-A

4:03cr226A



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 27

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

V.

MICHAEL LAWRENCE MILLER

**AFFIDAVIT IN SUPPORT
OF MOTION TO PROCEED
IN FORMA PAUPERIS**

---

Your Affiant, Michael L. Miller, being duly sworn on oath, deposes and states:

1. I am submitting this Affidavit in good faith and in support for a court order waiving court fees and cost in connection with my criminal case and obtaining copies of court transcripts, discovery, and all other evidence in order to pursue a constitutional right to challenge my sentence and judgment.

2. I am currently incarcerated at the Federal Medical Center-Devens, 42 Patton Road, P O Box 879, Ayer, MA 01432.

3. I am currently unemployed, except for prison pay program. I have no other source of income. (see copy of inmate account)

4. I currently have no cash in my possession. My only assets are contained in my prison account which currently has $10.92. I do not own any vehicles, real estate, or personal property of any significant value.

5. I will not be paying an attorney any money for services in connection with this case, including the completion of this form.

6. I have not paid or will not be paying anyone else such as; paralegal or typist any money for services in connection with this case or completion of this form.

7. I am unmarried and have no martial property.

8. I am not a member of the Armed Services.

9. That I am unable to pay costs and expenses of this proceeding

or to give security for such costs and expenses.

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees, copy fees, transcription fees/costs or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under the United States laws that my answers on this affidavit are true and correct (28 U.S.C.1746; 18 U.S.C. 1621)

Dated: March 22, 2006

Michael Lawrence Miller
Federal Medical Center-Devens
42 Patton RD, PO Box 879
Ayer, Massachusetts 01432

Subscribed and sworn to before me, this 22nd day of March, 2006.

Notary Public

DARLENE M MASTROBERTI
Notary Public
Commonwealth of Massachusetts
My Commission Expires Aug 9, 2007

## All Transactions 

| | |
|---|---|
| Inmate Reg #: | 30412177 |
| Inmate Name: | MILLER, MICHAEL |
| Report Date: | 03/17/2006 |
| Report Time: | 2:18:58 PM |

| | |
|---|---|
| Current Institution: | Devens FMC |
| Housing Unit: | G SOMP |
| Living Quarters: | G02-218U |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 3/14/2006 2:07:03 AM | AMSERVICE | DHO Rest/Other | ($7.02) | FDEVD093 | | $10.92 |
| 3/14/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $7.02 | FDEVD093 - 472 | | |
| 3/13/2006 8:41:39 AM | DEV2004 | FRP Quarterly Pymt | ($25.00) | ISO026 | | $17.94 |
| 3/13/2006 8:39:26 AM | DEV2004 | Debt Encumbrance | ($7.02) | FDEVD093 - 472 | | |
| 3/13/2006 8:39:26 AM | DEV2004 | Payroll - IPP | $42.85 | FIPP0206 | | $42.94 |
| 3/6/2006 1:22:03 PM | DEV3009 | Sales | ($0.94) | 55 | | $0.09 |
| 2/28/2006 1:12:09 PM | DEV3009 | Sales | ($2.85) | 23 | | $1.03 |
| 2/28/2006 10:05:54 AM | DEV5210 | Inmate Co-pay | ($2.00) | FICP0206 | | $3.88 |
| 2/24/2006 10:39:02 PM | AMService | Phone Withdrawal | ($5.00) | ITS0224 | | $5.88 |
| 2/21/2006 7:57:09 PM | AMService | Phone Withdrawal | ($3.00) | ITS0221 | | $10.88 |
| 2/17/2006 9:12:18 AM | DEV2004 | Legal Fees | ($20.00) | | 566 | $13.88 |
| 2/16/2006 1:23:59 PM | DEV0002 | Sales | ($21.30) | 41 | | $33.88 |
| 2/14/2006 5:07:11 PM | AMService | Phone Withdrawal | ($5.00) | ITS0214 | | $55.18 |
| 2/11/2006 6:23:18 PM | AMService | Phone Withdrawal | ($5.00) | ITS0211 | | $60.18 |
| 2/10/2006 7:00:32 AM | DEV2004 | Payroll - IPP | $64.81 | FIPP0106 | | $65.18 |
| 1/23/2006 5:09:27 PM | AMService | Phone Withdrawal | ($1.00) | ITS0123 | | $0.37 |
| 1/18/2006 4:30:28 PM | AMService | Phone Withdrawal | ($6.00) | ITS0118 | | $1.37 |
| 1/12/2006 5:48:00 PM | DEV3006 | Sales | ($29.60) | 57 | | $7.37 |
| 1/11/2006 2:26:27 PM | DEV2004 | Legal Fees | ($40.00) | | 423 | $36.97 |
| 1/10/2006 10:17:16 PM | AMService | Phone Withdrawal | ($5.00) | ITS0110 | | $76.97 |
| 1/9/2006 8:27:16 AM | DEV2004 | Payroll - IPP | $71.77 | FIPP1205 | | $81.97 |
| 1/4/2006 12:52:34 PM | DEV2004 | Legal Fees | ($20.00) | | 375 | $10.20 |
| 1/2/2006 4:56:44 PM | AMService | Phone Withdrawal | ($5.00) | ITS0102 | | $30.20 |
| 12/29/2005 5:15:36 PM | AMService | Phone Withdrawal | ($1.00) | ITS1229 | | $35.20 |
| 12/28/2005 5:41:07 AM | AMSERVICE | Lockbox - CD | $10.00 | 70148202 | | $36.20 |
| 12/27/2005 5:36:11 PM | AMService | Phone Withdrawal | ($4.00) | ITS1227 | | $26.20 |
| 12/27/2005 4:37:24 PM | AMService | Phone Withdrawal | ($1.00) | ITS1227 | | $30.20 |
| 12/27/2005 12:26:07 PM | DEV3007 | Sales | ($23.65) | 28 | | $31.20 |
| 12/23/2005 5:32:40 AM | AMSERVICE | Lockbox - CD | $50.00 | 70148001 | | $54.85 |
| 12/18/2005 6:41:08 PM | AMService | Phone Withdrawal | ($2.00) | ITS1218 | | $4.85 |
| 12/12/2005 5:45:06 PM | DEV3006 | Sales | ($23.85) | 77 | | $6.85 |
| 12/9/2005 8:20:43 PM | AMService | Phone Withdrawal | ($7.00) | ITS1209 | | $30.70 |
| 12/9/2005 8:28:31 AM | DEV2004 | FRP Quarterly Pymt | ($25.00) | ISO012 | | $37.70 |
| 12/9/2005 8:08:23 AM | DEV2004 | Payroll - IPP | $55.24 | FIPP1105 | | $62.70 |
| 12/5/2005 5:12:16 PM | DEV3010 | Sales | ($7.35) | 64 | | $7.46 |
| 11/29/2005 6:07:38 PM | DEV3007 | Sales | ($36.00) | 134 | | $14.81 |
| 11/28/2005 4:58:53 PM | AMService | Phone Withdrawal | ($3.00) | ITS1128 | | $50.81 |
| 11/28/2005 5:36:23 AM | AMSERVICE | Lockbox - CD | $50.00 | 70146003 | | $53.81 |
| 11/26/2005 3:15:08 PM | AMService | Phone Withdrawal | ($3.00) | ITS1126 | | $3.81 |
| 11/22/2005 1:59:57 PM | DEV2004 | Legal Fees | ($20.00) | | 223 | $6.81 |
| 11/22/2005 1:34:42 PM | DEV2004 | Legal Fees | $20.00 | 185-V | | $26.81 |
| 11/21/2005 4:38:09 PM | AMService | Phone Withdrawal | ($2.00) | ITS1121 | | $6.81 |
| 11/19/2005 10:20:31 PM | AMService | Phone Withdrawal | ($2.00) | ITS1119 | | $8.81 |
| 11/18/2005 1:53:27 PM | DEV2004 | Legal Fees | $0.00 | | | $10.81 |
| 11/18/2005 1:53:23 PM | DEV2004 | Legal Fees | ($20.00) | | 185 | $10.81 |
| 11/14/2005 4:33:21 PM | AMService | Phone Withdrawal | ($4.00) | ITS1114 | | $30.81 |
| 11/14/2005 9:50:33 AM | DEV2004 | Payroll - IPP | $34.56 | FIPP1005 | | $34.81 |
| 11/8/2005 1:25:25 PM | DEV3002 | Sales | ($1.65) | 17 | | $0.25 |
| 11/8/2005 10:46:27 AM | DEV7601 | Inmate Co-pay | ($2.00) | FICP1105 | | $1.90 |
| 11/4/2005 8:57:27 PM | AMService | Phone Withdrawal | ($2.00) | ITS1104 | | $3.90 |

1 2

## All Transactions

| Inmate Reg #: | 30412177 | Current Institution: | Devens FMC |
|---|---|---|---|
| Inmate Name: | MILLER, MICHAEL | Housing Unit: | G SOMP |
| Report Date: | 03/17/2006 | Living Quarters: | G02-218U |
| Report Time: | 2:19:30 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 10/24/2005 4:43:22 PM | AMService | Phone Withdrawal | ($5.00) | ITS1024 | | $5.90 |
| 10/19/2005 4:54.07 PM | AMService | Phone Withdrawal | ($3.00) | ITS1019 | | $10.90 |
| 10/18/2005 5:10.25 PM | DEV7601 | Inmate Co-pay | $2.00 | 6ICP1005-V | | $13.90 |
| 10/18/2005 5:09:00 PM | DEV7601 | Inmate Co-pay | ($2.00) | 6ICP1005 | | $11.90 |
| 10/18/2005 5:06:29 PM | DEV7601 | Inmate Co-pay | ($2.00) | 6ICP1005 | | $13.90 |
| 10/17/2005 5:09:40 PM | DEV3007 | Sales | ($34.65) | 49 | | $15.90 |
| 10/17/2005 5:18:54 AM | AMSERVICE | Lockbox - CD | $50.00 | 70143303 | | $50.55 |
| 10/16/2005 11:08:37 PM | AMService | Phone Withdrawal | ($3.00) | ITS1016 | | $0.55 |
| 10/16/2005 3:42:41 PM | DEV7601 | Inmate Co-pay | ($2.00) | 6ICP1005 | | $3.55 |
| 10/15/2005 1:19:51 PM | AMService | Phone Withdrawal | ($2.00) | ITS1015 | | $5.55 |
| 10/11/2005 11:30:39 AM | DEV3006 | Sales | ($27.90) | 8 | | $7.55 |
| 10/9/2005 9:52:36 PM | AMService | Phone Withdrawal | ($5.00) | ITS1009 | | $35.45 |
| 10/7/2005 9:08:47 AM | DEV2006 | Payroll - IPP | $40.42 | 5JV152 | | $40.45 |
| 9/28/2005 7:10:58 PM | AMService | Phone Withdrawal | ($6.00) | ITS0928 | | $0.03 |
| 9/20/2005 5:56:06 PM | DEV3010 | Sales | ($19.25) | 74 | | $6.03 |
| 9/17/2005 5:00:44 PM | AMService | Phone Withdrawal | ($3.00) | ITS0917 | | $25.28 |
| 9/16/2005 11:03:01 AM | DEV7020 | Sales | $0.00 | 2 | | $28.28 |
| 9/15/2005 10:39:26 AM | DEV2006 | FRP Quarterly Pymt | ($25.00) | ISO080 | | $28.28 |
| 9/14/2005 12:23:24 PM | DEV0002 | Books | ($21.75) | | 1216 | $53.28 |
| 9/14/2005 12:23:23 PM | DEV0002 | Legal Fees | ($30.00) | | 1215 | $75.03 |
| 9/12/2005 10:12:06 PM | AMService | Phone Withdrawal | ($5.00) | ITS0912 | | $105.03 |
| 9/9/2005 11:51:46 AM | DEV2006 | Payroll - IPP | $38.12 | 5JV136 | | $110.03 |
| 9/7/2005 5:22:47 PM | DEV3007 | Sales | ($24.00) | 51 | | $71.91 |
| 9/2/2005 4:31:32 PM | AMService | Phone Withdrawal | ($7.00) | ITS0902 | | $95.91 |
| 8/28/2005 10:51:43 AM | AMService | Phone Withdrawal | ($7.00) | ITS0828 | | $102.91 |
| 8/26/2005 11:12:45 AM | DEV0003 | Gift | ($20.00) | | 1157 | $109.91 |
| 8/25/2005 10:06:34 PM | AMService | Phone Withdrawal | ($1.00) | ITS0825 | | $129.91 |
| 8/21/2005 7:45:07 PM | AMService | Phone Withdrawal | ($4.00) | ITS0821 | | $130.91 |
| 8/21/2005 5:22:40 AM | AMSERVICE | Lockbox - CD | $100.00 | 70139502 | | $134.91 |
| 8/16/2005 4:40:30 PM | AMService | Phone Withdrawal | ($3.00) | ITS0816 | | $34.91 |
| 8/16/2005 12:45:52 PM | DEV0002 | Legal Fees | ($20.00) | | 1126 | $37.91 |
| 8/10/2005 4:57:35 PM | AMService | Phone Withdrawal | ($1.00) | ITS0810 | | $57.91 |
| 8/10/2005 1:32:08 PM | DEV2006 | Payroll - IPP | $55.68 | 5JV127 | | $58.91 |
| 8/4/2005 9:24:49 PM | AMService | Phone Withdrawal | ($7.00) | ITS0804 | | $3.23 |
| 7/30/2005 8:31:47 PM | AMService | Phone Withdrawal | ($5.00) | ITS0730 | | $10.23 |
| 7/20/2005 2:37:31 PM | DEV0003 | Court Fees | ($30.00) | | 957 | $15.23 |
| 7/20/2005 2:37:29 PM | DEV0003 | Court Fees | ($20.00) | | 950 | $45.23 |
| 7/14/2005 9:51:25 PM | AMService | Phone Withdrawal | ($5.00) | ITS0714 | | $65.23 |
| 7/12/2005 5:29:23 PM | AMService | Phone Withdrawal | ($6.00) | ITS0712 | | $70.23 |
| 7/12/2005 9:28:21 AM | DEV2006 | Payroll - IPP | $76.04 | 5JV116 | | $76.23 |
| 7/2/2005 4:53:57 PM | AMService | Phone Withdrawal | ($4.00) | ITS0702 | | $0.19 |
| 6/29/2005 4:51:35 PM | AMService | Phone Withdrawal | ($1.00) | ITS0629 | | $4.19 |
| 6/27/2005 9:49:29 PM | AMService | Phone Withdrawal | ($5.00) | ITS0627 | | $5.19 |
| 6/23/2005 12:24:09 PM | DEV0002 | Legal Fees | ($30.00) | | 884 | $10.19 |
| 6/20/2005 5:54:25 PM | AMService | Phone Withdrawal | ($5.00) | ITS0620 | | $40.19 |
| 6/17/2005 4:54:38 PM | AMService | Phone Withdrawal | ($5.00) | ITS0617 | | $45.19 |

1 2



MICHAEL MILLER
30412-177
FMC DEVENS
P.O. BOX 879
AYERS, MA 01432-0879

CENTRAL MA Q15
24 MAR 2006 PM 4 L

Honorable United States Judge John M. McBryde
U.S. District Court for the Northern District of Texas
United States Courthouse
501 W. Tenth Street, Room 310
Fort Worth, Texas 76102

76102+3641

( LEGAL MAIL )

2006 MAR 27 AM 11:02
CLERK OF COURT
FT WORTH DIST. OF TX